IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DARRYL DEVON GASTON,            )
                                )
            Petitioner,          )
                                )       1:11CV728
        v.                       )      1:06CR310-1
                                )
UNITED STATES OF AMERICA,        )
                                )
            Respondent.          )

ORDER

On March 28, 2013, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed the parties' submissions de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's motion to vacate, set aside or correct sentence [Doc. # 76] is DENIED, and this action is DISMISSED.

This, the 30th day of April, 2013.

/s/ James A. Beaty
United States District Judge